```
             IN THE UNITED STATES DISTRICT COURT
           FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
                        WESTERN DIVISION
```

ARCHIE JAMES KNIGHT                                        PETITIONER

VS.                       CIVIL ACTION NO. 5:12-cv-148(DCB)(MTP)

STATE OF MISSISSIPPI and
FRANK SHAW, Warden of the
East Mississippi Correctional
Facility                                                   RESPONDENTS

## ORDER

This cause is before the court on the petitioner Archie James Knight's "Motion to Appeal" **(docket entry 28)**, which the Court construes as an appeal from Magistrate Judge Parker's Order of January 30, 2014, denying Knight's request for reconsideration of a previous Order denying discovery. The Court finds that the appeal was filed on July 14, 2014. Rule 72(a) of the Federal Rules of Civil Procedure provides a party fourteen (14) days to appeal a magistrate judge's order to a district judge. The "Motion to Appeal" is clearly untimely. Accordingly,

IT IS HEREBY ORDERED that the petitioner Archie James Knight's "Motion to Appeal" **(docket entry 28)**, which the Court construes as an appeal from Magistrate Judge Parker's Order of January 30, 2014, is DENIED as untimely.

SO ORDERED, this the 20th day of August, 2014.

                                    /s/ David Bramlette
                                    UNITED STATES DISTRICT JUDGE